Alexis Adian Smith (SBN 274429)
asmith@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071-2452
Telephone: (213) 489.3939
Facsimile: (213) 243.2539

Meredith M. Wilkes (*pro hac vice*)
mwilkes@jonesday.com
David B. Cochran (*pro hac vice*)
dcochran@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114.1190
Telephone: (216) 586.7231
Facsimile: (216) 579.0212

Vishal V. Khatri (*pro hac vice*)
vkhatri@jonesday.com
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 879.3939
Facsimile: (202) 626.1700

Attorneys for Plaintiff
THE NOCO COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NOCO COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WINPLUS NORTH AMERICA, LLC, WINPLUS NA, LLC, AND ADC SOLUTIONS AUTO LLC,<br><br>Defendants. | Case No. 8:23-cv-00269-DOC-DFMx (Lead Case)<br>Case No. 8:25-cv-00335-DOC-DFMx (Member Case)<br>Honorable David O. Carter<br><br>**FINAL JUDGMENT AND ORDER OF DISMISSAL**<br><br>Trial Date: August 7, 2026<br>Trial Time: 9:00 AM<br>Courtroom: 10A |

Pursuant to Dkts. 224 and 233, on June 22, 2026 the Court set a trial in this matter for August 7, 2026. On August 5, 2026, Plaintiff The NOCO Company ("NOCO") and Defendants Winplus North America, LLC, Winplus NA, LLC, and ADC Solutions Auto LLC (collectively, "Defendants") notified the Court they had reached an agreement in principle to resolve the matters set for trial and to partially settle the issues raised by the pleadings through its Stipulation to Stay the Case Pending Finalization of Partial Settlement. Dkt. 250. The Court granted that Motion on August 6, 2026. Dkt. 251.

On September 3, 2026 the parties filed a Joint Notice of Partial Settlement and Request for Entry of Final Judgment. Dkt. 252.

Having considered the parties' Joint Notice of Partial Settlement and Request for Entry of Final Judgment, and for good cause shown, it is hereby **ORDERED** that the parties' joint request for entry of final judgment is **GRANTED**.

Now, therefore, IT IS ORDERED AND ADJUDGED that final judgment be and is entered as follows:

(1) In favor of Defendants that Defendants' AC533420, AC534311, AC534341, AC534449, AC534450, and AC534734 accused products do not infringe the '023 and '143 Patents (as previously ruled in Dkt. 192);

(2) In favor of Defendants with respect to Defendants' counterclaims of non-infringement regarding Defendants' AC533420, AC534311, AC534341, AC534449, AC534450, and AC534734 accused products;

(3) In light of the Court's non-infringement ruling (Dkt. 192), Defendants' declaratory judgment counterclaims with respect to the '023 and '143 Patents regarding Defendants' AC533420, AC534311, AC534341, AC534449, AC534450, and AC534734 accused products are dismissed without prejudice as moot;

(4) All claims and counterclaims with respect to NOCO's '243 Patent and NOCO's '696 Patent are dismissed with prejudice;

and

(5) All remaining claims and counterclaims of the parties are dismissed with prejudice pursuant to the parties' partial settlement agreement.

**IT IS SO ORDERED.**

Dated: September 18, 2026

David O. Carter

Honorable David O. Carter
United States District Court Judge